## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| L.S., a minor, by Patrick Slyne, his parent and next friend, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WEBLOYALTY.COM, INC., AMAZON.COM, INC., and VISA INC.,<br><br>Defendants | Case No. 3:10-cv-01372<br><br>NOTICE OF FILING OF MOTION TO TRANSFER AND CENTRALIZE WITH JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |

TO THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 1407, Defendant WEBLOYALTY.COM, INC. ("Webloyalty") has filed a motion with the Judicial Panel on Multidistrict Litigation (the "JPML") seeking an order transferring a related action currently pending in the Southern District of California to the District of Connecticut for centralization with the present action for pre-trial proceedings.  Attached hereto as Exhibit A are true and correct copies of all documents that Webloyalty filed with the JPML on October 20, 2010.

Dated:  October 20, 2010                Respectfully submitted,

                                                        WILMER CUTLER PICKERING HALE
                                                         AND DORR LLP


By:  s/ James Fawcett
     James Fawcett (CT SBN: 420690)
     WILMER CUTLER PICKERING HALE
     AND DORR LLP
     399 Park Avenue
     New York, NY 10022
     Tel.: (212) 230-8800
     Fax: (212) 230-8888

     OF COUNSEL:

     James W. Prendergast (MA SBN: 553073)
     John J. Regan (MA SBN: 4151201)
     Daniel M. Esrick (MA SBN: 647676)
     Niki Z. Moore (CA SBN: 244968)
     Anant Saraswat (MA SBN: 676048)
     WILMER CUTLER PICKERING HALE
     AND DORR LLP
     60 State Street
     Boston, MA 02109
     Tel.: (617) 526-6000
     Fax: (617) 526-5000

     Attorneys for Defendant Webloyalty.com, Inc.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 20th day of October, 2010, the foregoing Notice of Filing was filed electronically, and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by overnight mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

 

                                                              s/ James Fawcett
                                                              James Fawcett