UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| L. S., a minor, by P. S., his parent and next friend, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WEBLOYALTY.COM, INC., AMAZON.COM, INC. and VISA INC.,<br><br>　　　　　　Defendants. | Case No. 3:10-cv-01372 (CSH)<br><br><br><br><br><br><br><br><br><br><br>October 29, 2010 |

**NOTICE OF VOLUNTARY DISMISSAL OF
AMAZON.COM, INC. ("AMAZON") WITHOUT PREJUDICE**

PLEASE TAKE NOTICE THAT, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses from this action defendant Amazon, without prejudice and without costs, with respect to the claims against Amazon.  This dismissal does not and shall not be construed to in any way constitute a dismissal of claims asserted by Plaintiff against defendants Webloyalty, Inc. and Visa, Inc. in this action.

　　　　　　　　　　　　　　　　　　**THE PLAINTIFF**

　　　　　　　　　　　　　　　　　　 /s/ Patrick A. Klingman
　　　　　　　　　　　　　　　　　　James E. Miller (ct21560)
　　　　　　　　　　　　　　　　　　Patrick A. Klingman (ct17813)
　　　　　　　　　　　　　　　　　　Karen Leser-Grenon (ct23587)
　　　　　　　　　　　　　　　　　　Shepherd, Finkelman, Miller & Shah, LLP
　　　　　　　　　　　　　　　　　　65 Main Street
　　　　　　　　　　　　　　　　　　Chester, CT  06412
　　　　　　　　　　　　　　　　　　(860) 526-1100
　　　　　　　　　　　　　　　　　　(860) 526-1120 (facsimile)
　　　　　　　　　　　　　　　　　　jmiller@sfmslaw.com
　　　　　　　　　　　　　　　　　　pklingman@sfmslaw.com
　　　　　　　　　　　　　　　　　　kleser@sfmslaw.com

Joseph H. Weiss
David C. Katz
Weiss & Lurie
551 Fifth Avenue
New York, NY 10176
(212) 682-3025
(212) 682-3010 (facsimile)

His Counsel

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 29, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/ Patrick A. Klingman
      Patrick A. Klingman (ct17813)