# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

S\_\_\_\_, a minor, by _____ his parent and next friend, on behalf of himself and all others similarly situated,

        Plaintiff,

v.

WEBLOYALTY.COM, INC., AMAZON.COM, INC. and VISA INC.,

        Defendants.

**APPEARANCE**

CASE NUMBER: 3:10-cv-01372

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant Webloyalty.com, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/29/10 | _(signature)_ |
| **Date** | **Signature** |
| ct08161 | James E. Nealon |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 203-324-1400 | Kelley Drye & Warren LLP<br>400 Atlantic Street |
| **Telephone Number** | **Address** |
| 203-327-2669 | Stamford, CT  06901 |
| **Fax Number** | |
| jnealon@kelleydrye.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

I hereby certify that on  10/29/10  , a copy of the foregoing  Appearance  was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [list names and addresses of anyone unable to accept electronic filing] as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                                             _(signature)_
                                                                                             **Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Atty-Appearance.wpd Sept. 2008