**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

L.S., a minor, by P.S., his parent and next friend, on behalf of himself and all others similarly situated,

v.

WEBLOYALTY.COM,INC.,
AMAZON.COM,INC., and VISA INC.

**APPEARANCE**

CASE NUMBER: 10-CV-01372 (CHS)

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for:**

**VISA INC.**

**I certify that I am admitted to practice in this Court.**

| | |
|---|---|
| November 1, 2010 | /s/ Jonathan B. Orleans |
| Date | Signature |
| | |
| ct05440 | Jonathan B. Orleans |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| | |
| | Pullman & Comley, LLC |
| | |
| (203) 330 2000 | 850 Main Street |
| Telephone Number | Address |
| | |
| (203) 576 8888 | Bridgeport, CT  06604 |
| Fax Number | |
| | |
| jborleans@pullcom.com | |
| E-mail address | |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Jonathan B. Orleans
Signature  Jonathan B. Orleans

ACTIVE/72868.2/JORLEANS/2284634v1