UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| L.S., a minor, by P.S., his parent and next friend, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>WEBLOYALTY.COM, INC., AMAZON.COM, INC., and VISA INC.,<br><br>                Defendants. | Case No. 10-CV-01372 (CSH)<br><br><br><br><br><br>November 1, 2010 |

## VISA INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Visa Inc. hereby states as its corporate disclosure that it has no parent corporation and that there is no corporation that is publicly held that owns 10% or more of its stock.

                                                    Respectfully submitted,

                                                    _____/s/_____
                                                    Jonathan B. Orleans (ct05440)
                                                    PULLMAN & COMLEY LLC
                                                    850 Main Street
                                                    P.O. Box 7006
                                                    Bridgeport, CT   06601-7006
                                                    Telephone:  (203) 330-2129
                                                    Facsimile:   (203) 576 8888
                                                    jborleans@pullcom.com

                                                    Robert C. Mason
                                                    ARNOLD & PORTER LLP
                                                    399 Park Avenue
                                                    New York, NY   10022-4690
                                                    Telephone:  (212) 715-1000
                                                    Facsimile:  (212) 715-1399
                                                    robert.mason@aporter.com

Matthew A. Eisenstein
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC  20004-1206
Telephone:  (202) 942-5000
Facsimile:   (202) 942-5999
matthew.eisenstein@aporter.com

Attorneys for Defendant Visa Inc.

This is to certify that on this 1st day of November, 2010, a copy of the foregoing **VISA INC.'S RULE 7.1 DISCLOSURE STATEMENT** was filed electronically, and served by mail on any party or counsel unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

Dated: November 1, 2010            /s/ Jonathan B. Orleans
                                   Jonathan B. Orleans (ct05440)

ACTIVE/72868.2/JORLEANS/2285604v1