# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| L-S, a minor, by Patrick Slyne, his parent and next friend, on behalf of himself and all others similarly situated, | ) ) ) | Case No. 3:10-CV-1372 (CHS) |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | |
| WEBLOYALTY.COM, INC., AMAZON.COM, INC., and VISA INC., | ) ) ) | |
| Defendants. | ) ) ) ) ) ) | |

## DEFENDANT WEBLOYALTY.COM, INC.'S DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Order re Disclosure Statement, Defendant Webloyalty.com, Inc. ('Webloyalty") identifies Webloyalty Holdings, Inc. as its parent corporation.  No publicly held company owns 10% or more of Webloyalty's stock.


Dated:  November 1, 2010

THE DEFENDANT
WEBLOYALTY, INC.


By: _____
     James E. Nealon (ct 08161)
     KELLEY DRYE & WARREN LLP
     400 Atlantic Street
     Stamford, Connecticut  06901
     Tel.:  (203) 324-1400
     Fax:  (203) 327-2669
     Email:  jnealon@kelleydrye.com

**OF COUNSEL**

James W. Prendergast (MA SBN: 553073)
John J. Regan (MA SBN: 4151201)
Daniel M. Esrick (MA SBN: 647676)
Niki Z. Moore (CA SBN: 244968)
Anant Saraswat (MA SBN: 676048)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email:  james.prendergast@wilmerhale.com
Email:  john.regan@wilmerhale.com
Email:  daniel.esrick@wilmerhale.com
Email:  anant.saraswat@wilmerhale.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Defendant Webloyalty.com Inc.'s Corporate Disclosure Statement will be distributed electronically this 1st day of November 2010, by the court's ECF system to all counsel record.

_____
James E. Nealon