IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| L.S., a minor, by P.S., his parent and next friend, on behalf of himself and all others similarly situated, | ) ) ) ) | Case No. 10-CV-01372 (CHS) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| WEBLOYALTY.COM, INC., AMAZON.COM, INC., and VISA INC., | ) ) ) | NOVEMBER 1, 2010 |
| Defendants. | ) ) | |

## MOTION FOR ADMISSION OF VISITING LAWYER, MATTHEW A. EISENSTEIN

Pursuant to Rule 83.1(d)(1) of the Local Rules of Civil Procedure of this Court, Defendant Visa Inc., through its undersigned counsel, Jonathan B. Orleans, moves that Matthew A. Eisenstein be admitted as a visiting lawyer on behalf of Visa Inc. in this proceeding. In accordance with the requirements of Local Rule 83.1(d)(1), Attorney Eisenstein's affidavit is attached as Exhibit A. In further support of this motion, the undersigned represents as follows:

1.   The granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b).

2.   The undersigned will continue to participate in this action and provide a local office for service of papers as required by Local Rule 83.1(c)1.

3.   A fee of $25 has been paid to the Clerk of the Court for this admission in accordance with Local Rule 83.1(d)(2).

WHEREFORE, Defendant Visa Inc. moves that Matthew A. Eisenstein be admitted to practice before the United States District Court for the District of Connecticut as a visiting lawyer in this proceeding.

Respectfully submitted,

Jonathan B. Orleans (ct05440)
PULLMAN & COMLEY LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT   06601-7006
Telephone:   (203) 330-2129
Facsimile:   (203) 576 8888
jborleans@pullcom.com

Robert C. Mason
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY   10022-4690
Telephone:   (212) 715-1000
Facsimile:   (212) 715-1399
robert.mason@aporter.com

Matthew A. Eisenstein
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC   20004-1206
Telephone:   (202) 942-5000
Facsimile:   (202) 942-5999
matthew.eisenstein@aporter.com

Attorneys for Defendant Visa Inc.

## CERTIFICATE OF SERVICE

This is to certify that on this 1st day of November, 2010, a copy of the foregoing was sent first-class U.S. mail, postage prepaid, to all counsel and pro se parties of record:

*FOR THE PLAINTIFF, L.S.:*
Patrick A. Klingman, Esq.
Shepard, Finkelman, Miller & Shah, LLP
65 Main Street
Chester, CT 06412
860-526-1100
Fax: 860-526-1120
Email: pklingman@sfmslaw.com

*FOR THE DEFENDANT, WEBLOYALTY.COM, INC.:*
James T. Fawcett, Esq.
Wilmer Hale
399 Park Ave
New York, NY 10022
212-245-6483
Email: james.fawcett@wilmerhale.com

James E. Nealon, Esq.
Kelley Drye & Warren
400 Atlantic St.
Stamford, CT 06901-3229
203-324-1400
Fax: 203-327-2669
Email: jnealon@kelleydrye.com

*FOR THE DEFENDANT, AMAZON.COM, INC.:*
Non-Appearing Party

Jonathan B. Orleans (ct05440)

ACTIVE/72868.2/JORLEANS/2284583v1

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **L.S., a minor, by P.S., his parent and next friend, on behalf of himself and all others similarly situated,** | **Case No. 10-CV-01372 (CSH)** |
| **Plaintiff,** | |
| **v.** | |
| **WEBLOYALTY.COM, INC., AMAZON.COM, INC., and VISA INC.,** | |
| **Defendants.** | **October 28, 2010** |

## AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT
## MATTHEW A. EISENSTEIN AS A VISITING LAWYER

The undersigned swears to the following:

1.    I am a partner at the law firm of Arnold & Porter LLP.  My office address,

telephone number, fax number and email address are:

>   Matthew A. Eisenstein
>   Arnold & Porter LLP
>   555 Twelfth Street, N.W.
>   Washington, DC 20004
>   202-942-6606 (t)
>   202-942-5999 (f)
>   matthew.eisenstein@aporter.com

2.    I am a member of the bar, in good standing, in:

>   (a)    the District of Columbia; and
>
>   (b)    the Commonwealth of Virginia.
>
>   (c)    the United States Courts of Appeals for the Third and District of Columbia
>
>   Circuits.

3.     I have not been denied admission or disciplined by this Court or any other court.

4.     I have fully reviewed and am familiar with the Local Rules of the United States

District Court for the District of Connecticut.


Dated: ___10/28/10___                                    _____
                                                                        Matthew A. Eisenstein


DISTRICT OF COLUMBIA  :
                                            :
CITY OF WASHINGTON    :

        On this _25_ day of _October_, 2010, before me, the undersigned, a Notary
Public in and for the District of Columbia, personally appeared, MATTHEW A. EISENSTEIN,
personally known to me or proved to me on the basis of satisfactory evidence to be the individual
whose name is subscribed in the within instrument and swore to the truth of the foregoing.


                                            _____
                                                       Notary Public


                                            **Sandra J. Tartisel**
                                            Notary Public, District of Columbia
                                            My Commission Expires 01/14/2011



- 2 -