IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| L.S., a minor, by P.S., his parent and next friend, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WEBLOYALTY.COM, INC., AMAZON.COM, INC., and VISA INC., <br><br> Defendants. | Case No. 10-CV-01372 (CHS) <br><br><br><br><br><br> NOVEMBER 1, 2010 |

## MOTION FOR ADMISSION OF VISITING LAWYER, ROBERT C. MASON

Pursuant to Rule 83.1(d)(1) of the Local Rules of Civil Procedure of this Court, Defendant Visa Inc., through its undersigned counsel, Jonathan B. Orleans, moves that Robert C. Mason be admitted as a visiting lawyer on behalf of Visa Inc. in this proceeding. In accordance with the requirements of Local Rule 83.1(d)(1), Attorney Mason's affidavit is attached as Exhibit A. In further support of this motion, the undersigned represents as follows:

1. The granting of this motion will not require modification of any scheduling order entered pursuant to Fed. R. Civ. P. 16(b).

2. The undersigned will continue to participate in this action and provide a local office for service of papers as required by Local Rule 83.1(c)1.

3. A fee of $25 has been paid to the Clerk of the Court for this admission in accordance with Local Rule 83.1(d)(2).

WHEREFORE, Defendant Visa Inc. moves that Robert C. Mason be admitted to practice before the United States District Court for the District of Connecticut as a visiting lawyer in this proceeding.

Respectfully submitted,

*/s/ Jonathan B. Orleans*

Jonathan B. Orleans (ct05440)
PULLMAN & COMLEY LLC
850 Main Street
P.O. Box 7006
Bridgeport, CT   06601-7006
Telephone:  (203) 330-2129
Facsimile:   (203) 576 8888
jborleans@pullcom.com

Robert C. Mason
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY   10022-4690
Telephone:  (212) 715-1000
Facsimile:   (212) 715-1399
robert.mason@aporter.com

Matthew A. Eisenstein
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, DC   20004-1206
Telephone:  (202) 942-5000
Facsimile:   (202) 942-5999
matthew.eisenstein@aporter.com

Attorneys for Defendant Visa Inc.

## CERTIFICATE OF SERVICE

This is to certify that on this 1st day of November, 2010, a copy of the foregoing was sent first-class U.S. mail, postage prepaid, to all counsel and pro se parties of record:

*FOR THE PLAINTIFF, L.S.:*
Patrick A. Klingman, Esq.
Shepard, Finkelman, Miller & Shah, LLP
65 Main Street
Chester, CT 06412
860-526-1100
Fax: 860-526-1120
Email: pklingman@sfmslaw.com

*FOR THE DEFENDANT, WEBLOYALTY.COM, INC.:*
James T. Fawcett, Esq.
Wilmer Hale
399 Park Ave
New York, NY 10022
212-245-6483
Email: james.fawcett@wilmerhale.com

James E. Nealon, Esq.
Kelley Drye & Warren
400 Atlantic St.
Stamford, CT 06901-3229
203-324-1400
Fax: 203-327-2669
Email: jnealon@kelleydrye.com

*FOR THE DEFENDANT, AMAZON.COM, INC.:*
Non-Appearing Party

/s/ Jonathan B. Orleans (ct05440)

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| L.S., a minor, by P.S., his parent and next friend, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>WEBLOYALTY.COM, INC., AMAZON.COM, INC., and VISA INC.,<br><br>       Defendants. | Case No. 10-CV-01372 (CSH)<br><br><br><br><br><br><br><br>October 28, 2010 |

### AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT ROBERT C. MASON AS A VISITING LAWYER

The undersigned swears to the following:

1.  I am a partner at the law firm of Arnold & Porter LLP. My office address, telephone number, fax number, and email address are as follows:

  Robert C. Mason
  Arnold & Porter LLP
  399 Park Avenue
  New York, NY 10022-4690
  Telephone: (212) 715-1088
  Facsimile: (212) 715-1399
  E-Mail: robert.mason@aporter.com

2.  I am a member of the bar, in good standing, in the following courts:

  (a)  the United State Court of Appeals for the Second Circuit;

  (b)  the United States District Court for the Southern District of New York;

  (c)  the United States District Court for the Eastern District of New York;

  (d)  the United States Tax Court; and

  (e)  the Courts of the State of New York.

3. I have not been denied admission or disciplined by this Court or any other court.

4. I have fully reviewed and am familiar with the Local Rules of the United States District Court for the District of Connecticut.

Dated: October 28, 2010.

_____
Robert C. Mason

STATE OF NEW YORK      :
                       :
COUNTY OF NEW YORK   :

On this 28th day of October, 2010, before me, the undersigned, a Notary Public in and for said State, personally appeared, ROBERT C. MASON, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed in the within instrument and swore to the truth of the foregoing.

_____
Notary Public

DOLIA B. CHRISTOFFERSEN
Notary Public, State of New York
No. 01CH5076593
Qualified in Richmond County
Commission Expires 4/21/2011