# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**APPEARANCE**

L.S., a minor, by P.S., his parent and next friend,
on behalf of himself and all others similarly
situated,
        v.

WEBLOYALTY.COM, INC.,
AMAZON.COM, INC. and VISA INC.

CASE NUMBER: 10-CV-01372 (CSH)

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for:**

    **VISA INC.**

    **I certify that I am admitted to practice in this Court for this action pro hac vice.**

| | |
|---|---|
| November 10, 2010 | /s/ Robert C. Mason |
| Date | Signature |
| | |
| phv04322 | Robert C. Mason |
| Connecticut Federal Bar Number | Print Clearly or Type Name |
| | |
| | Arnold & Porter LLP |
| | |
| (212) 715-1088 | 399 Park Avenue |
| Telephone Number | Address |
| | |
| (212) 715-1399 | New York, NY 10022-4690 |
| Fax Number | |
| | |
| robert.mason@aporter.com | |
| E-mail address | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2010, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                    /s/ Robert C. Mason
                                                  Signature  Robert C. Mason