AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| L.S., a minor, by P.S., his parent and next friend, on behalf of himself and all others similarly situated <br> *Plaintiff* <br> v. <br> WEBLOYALTY.COM, INC., GAMESTOP CORPORATION and VISA INC. <br> *Defendant* | Civil Action No. 3:10-cv-01372 (CSH) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GameStop Corporation
625 Westport Parkway
Grapevine, TX 76051

Agent for Service: CT Cporation System
One Corporate Center 11th Floor
Hartford, CT 06103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James E. Miller / Patrick A. Klingman
Shepherd, Finkelman, Miller & Shah, LLP
65 Main Street
Chester, CT 06412

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERTA D. TABORA

*CLERK OF COURT*

Date: **NOV 2 2 2010**

*Signature of Clerk or Deputy Clerk*

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me | Date: November 23, 2010 |
|---|---|
| Name of Server: Robert J. Tasillo | Title: Connecticut State Marshal |

Then and by virtue hereof, on the 23rd day of November, 2010, I made due and legal service on the within named Defendant, **GAMESTOP CORPORATION,** by leaving a verified true and attested copy of the original **Summons and Amended Complaint,** with and in the hands of Mary Ellen Foran, Secretary for CT Corporation System, Agent For Service for said Defendant, at One Corporate Center, 20 Church Street, 11th Floor, in the City of Hartford.

### STATEMENT OF SERVICE FEES

| Travel $ 5.00 | Services $ 240.20 | Total $ 245.20 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on November 23, 2010

*[signature]*
Robert J. Tasillo-State Marshal
30 Woodland Street, Suite F
Hartford, CT 06105