## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| L-S, a minor, by Patrick Slyne, his parent and next friend, on behalf of himself and all others similarly situated </br></br> Plaintiff, </br></br> vs. </br></br> WEBLOYALTY.COM, INC., AMAZON.COM, INC., and VISA INC., </br></br> Defendants. | Case No. 3:10-CV-1372 (CHS) |

### MOTION FOR ADMISSION OF DANIEL M. ESRICK AS A VISITING LAWYER

James E. Nealon, counsel to Defendant Webloyalty.com, Inc. ("Webloyalty"), in the above-captioned matter and a member of the Bar of this Court, respectfully moves pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the admission of Daniel M. Esrick, an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street Boston, MA 02109, as a Visiting Lawyer to serve as co-counsel to Defendant Webloyalty in the above captioned action in association with Kelley Drye & Warren LLP.

Attached hereto is the Declaration of Daniel M. Esrick, as required under Local Rule 83.1(d), and a check in the amount of $25.00 necessary to cover the fee required under the Local Rules for admission of Attorney Daniel M. Esrick as a Visiting Lawyer in this Court.

Dated: December 15, 2010

THE DEFENDANT
WEBLOYALTY, INC.

By: _____
James E. Nealon (ct 08161)
KELLEY DRYE & WARREN LLP
400 Atlantic Street
Stamford, Connecticut 06901
Tel.: (203) 324-1400
Fax: (203) 327-2669
Email: jnealon@kelleydrye.com

## CERTIFICATION OF SERVICE

I hereby certify that a copy of Plaintiff's foregoing Motion to Admit Daniel M. Esrick as a Visiting Attorney, and supporting Declaration, was served via first class mail this 15th day of December 2010, to all counsel of record.

Matthew A. Eisenstein
ARNOLD & PORTER
Thurman Arnold Building
555 12th Street, NW
Washington, DC 20004-1202
*Counsel to Defendant Visa, Inc.*

James T. Fawcett
WILMER HALE
399 Park Avenue
New York, New York 10022
*Counsel to Defendant Webloyalty.com, Inc.*

Patrick A. Kingman
SHEPARD, FINKELMAN, MILLER & SHAH, LLP
65 Main Street
Chester, Connecticut 06412
*Counsel to Plaintiff L.S.*

Robert C. Mason
ARNOLD & PORTER
399 Park Avenue
New York, New York 10022-4690
*Counsel to Defendant Visa Inc.*

Jonathan B. Orleans
PULLMAN & COMLEY
850 Main Street, P. O. Box 7006
Bridgeport, Connecticut 06601-7006
*Counsel to Defendant Visa Inc.*

_____
James E. Nealon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| L-S, a minor, by Patrick Slyne, his parent and next friend, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>WEBLOYALTY.COM, INC., AMAZON.COM, INC., and VISA INC.,<br><br>Defendants. | Case No. 3:10-CV-1372 (CHS) |

### DECLARATION OF DANIEL M. ESRICK, ESQ.
### IN SUPPORT OF MOTION FOR ADMISSION AS VISITING ATTORNEY

Daniel M. Esrick, an attorney admitted to practice in the jurisdictions referenced below, being duly sworn, deposes and says:

1. I am an attorney in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I submit this Declaration in support of the motion for my admission as a visiting attorney to assist in the representation of Defendant Webloyalty.com, Inc. ("Webloyalty") in this case.

2. My business address is 60 State Street, Boston, MA 02109. My telephone number is 617-526-6529. My facsimile number is 617-526-5000. My e-mail address is daniel.esrick@wilmerhale.com.

3. I am a member in good standing of the Bar of Massachusetts (admitted on January 17, 2001); USDC District of Massachusetts (admitted on November 2, 2001); Massachusetts Supreme Judicial Court (admitted on January 17, 2001); US Court of Appeals,

Ninth Circuit (admitted on June 17, 2002); US Court of Appeals for Federal Circuit (admitted September 23, 2002); and US Court of Appeals, First Circuit (admitted on November 20, 2003).

4. I confirm that I have not been denied admission or disciplined by this Court or any other court.

5. I have fully reviewed and am familiar with the rules of the United States District Court for the District of Connecticut.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 13, 2010.

_____
Daniel M. Esrick