# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| L-S, a minor, by Patrick Slyne, his parent and next friend, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>WEBLOYALTY.COM, INC., AMAZON.COM, INC., and VISA INC.,<br><br>Defendants. | Case No. 3:10-CV-1372 (CHS) |

## MOTION FOR ADMISSION OF JOHN J. REGAN AS A VISITING LAWYER

James E. Nealon, counsel to Defendant Webloyalty.com, Inc. ("Webloyalty"), in the above-captioned matter and a member of the Bar of this Court, respectfully moves pursuant to Rule 83.1(d) of the Local Rules of Civil Procedure for the admission of John J. Regan, an attorney with the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street Boston, MA 02109, as a Visiting Lawyer to serve as co-counsel to Defendant Webloyalty in the above captioned action in association with Kelley Drye & Warren LLP.

Attached hereto is the Declaration of John J. Regan, as required under Local Rule 83.1(d), and a check in the amount of $25.00 necessary to cover the fee required under the Local Rules for admission of John J. Regan as a Visiting Lawyer in this Court.

Dated: December 15, 2010

THE DEFENDANT
WEBLOYALTY, INC.

By: *[signature]*
James E. Nealon (ct 08161)
KELLEY DRYE & WARREN LLP
400 Atlantic Street
Stamford, Connecticut 06901
Tel.: (203) 324-1400
Fax: (203) 327-2669
Email: jnealon@kelleydrye.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's foregoing Motion to Admit John J. Regan as a Visiting Attorney, and supporting Declaration, was served via first class mail this 15th day of December 2010, to all counsel of record.

Matthew A. Eisenstein
ARNOLD & PORTER
Thurman Arnold Building
555 12th Street, NW
Washington, DC  20004-1202
*Counsel to Defendant Visa, Inc.*

James T. Fawcett
WILMER HALE
399 Park Avenue
New York, New York  10022
*Counsel to Defendant Webloyalty.com, Inc.*

Patrick A. Kingman
SHEPARD, FINKELMAN, MILLER & SHAH, LLP
65 Main Street
Chester, Connecticut  06412
*Counsel to Plaintiff L.S.*

Robert C. Mason
ARNOLD & PORTER
399 Park Avenue
New York, New York  10022-4690
*Counsel to Defendant Visa Inc.*

Jonathan B. Orleans
PULLMAN & COMLEY
850 Main Street, P. O. Box 7006
Bridgeport, Connecticut  06601-7006
*Counsel to Defendant Visa Inc.*

_____
James E. Nealon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| L-S, a minor, by Patrick Slyne, his parent and next friend, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>WEBLOYALTY.COM, INC., AMAZON.COM, INC., and VISA INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 3:10-CV-1372 (CHS)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF JOHN J. REGAN, ESQ.
## IN SUPPORT OF MOTION FOR ADMISSION AS VISITING ATTORNEY

John J. Regan, an attorney admitted to practice in the jurisdictions referenced below, being duly sworn, deposes and says:

1. I am a partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I submit this Declaration in support of the motion for my admission as a visiting attorney to assist in the representation of Defendant Webloyalty.com, Inc. ("Webloyalty") in this case.

2. My business address is 60 State Street, Boston, MA 02109. My telephone number is 617-526-6120. My facsimile number is 617-526-5000. My e-mail address is john.regan@wilmerhale.com.

3. I am a member in good standing of the Bar of the Commonwealth of Massachusetts (admitted on December 19, 1977); USDC District of Massachusetts (admitted on July 27, 1978); Court of Appeals, Federal Circuit (admitted on August 25, 1989); Court of

Appeals, First Circuit (admitted on September 8, 1978); Court of Appeals, Third Circuit (admitted on March 6, 1995); and U.S. Supreme Court (admitted on June 15, 1998).

4. I confirm that I have not been denied admission or disciplined by this Court or any other court.

5. I have fully reviewed and am familiar with the rules of the United States District Court for the District of Connecticut.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 23, 2010.

_____
John J. Regan