UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| L-S, a minor, by P.S., his parent and next friend, on behalf of himself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WEBLOYALTY.COM, INC., GAMESTOP CORPORATION and VISA INC.,<br><br>　　　　　　Defendants. | Case No. 3:10-CV-1372 (CHS) |

**DEFENDANTS WEBLOYALTY.COM, INC. AND GAMESTOP CORPORATION'S
MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Rule 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Webloyalty.com, Inc. ("Webloyalty") and GameStop Corporation ("GameStop") (collectively, "Defendants") move this Court to dismiss Plaintiff's Amended Complaint dated November 19, 2010 (the "Amended Complaint").

As is set forth more particularly in Webloyalty and GameStop's supporting memorandum of law and Declarations of Richard Winiarski and Daniel M. Esrick, Plaintiff's claims are all entirely dependent on Plaintiff establishing a lack of informed consent to Webloyalty's membership terms, to which informed consent was given here by Plaintiff as a matter of law, *inter alia*, in light of the full and complete disclosure to Plaintiff of all of Webloyalty's material membership terms during the course of Plaintiff's membership enrollment.

Additionally, when examined individually, each of Plaintiff's claims are separately fatally flawed for a host of additional reasons, including: (1) there was no "unauthorized

electronic transfer" for purposes of the Electronic Funds Transfer Act ("EFTA"); (2) there was no "interception" of an electronic communication, and therefore, liability under the Electronic Communications Privacy Act ("ECPA"); and (3) the Amended Complaint fails to sufficiently or plausibly identify the particulars of any alleged misrepresentation or omission allegedly in a manner sufficient to support Plaintiff's purported claims of fraud, negligent misrepresentation, and violation of several Connecticut consumer protection statutes.

Accordingly, each and every claim in Plaintiff's Amended Complaint fails as a matter of law and must be dismissed pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6).

WHEREFORE, for all the foregoing reasons, as well as those set forth in Webloyalty's supporting Memorandum of law, the Winiarski and Esrick Declarations, all accompanying exhibits, and such further evidence and arguments that may be adduced at the hearing of this matter, Defendants Webloyalty and GameStop respectfully move that the Court enter an Order dismissing the Plaintiff's Amended Complaint with prejudice, along with such other, further and different relief as the Court deems just, equitable and proper.

Dated:  December 23, 2010

DEFENDANTS
WEBLOYALTY.COM, INC. AND
GAMESTOP CORPORATION

By:_____/s/_____
James E. Nealon (ct 08161)
KELLEY DRYE & WARREN LLP
400 Atlantic Street
Stamford, Connecticut  06901
Tel.:  (203) 324-1400
Fax:  (203) 327-2669
jnealon@kelleydrye.com

James W. Prendergast (MA SBN: 553073) (*Pro hac vice*)
John J. Regan (MA SBN: 4151201) (*Pro hac vice*)
Daniel M. Esrick (MA SBN: 647676) (*Pro hac vice*)
Anant Saraswat (MA SBN: 676048)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email:  james.prendergast@wilmerhale.com
Email:  john.regan@wilmerhale.com
Email:  daniel.esrick@wilmerhale.com
Email:  anant.saraswat@wilmerhale.com

Niki Z. Moore (CA SBN: 244968)
950 Page Mill Road
Palo Alto, CA 94304
Tel.:  (650) 858-6000
Fax:  (650) 858-6100
Email:  niki.moore@wilmerhale.com

CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2010, the following documents:

1. **DEFENDANTS WEBLOYALTY.COM, INC. AND GAMESTOP CORPORATION'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT;**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS WEBLOYALTY.COM, INC. AND GAMESTOP CORPORATION'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT; and**

3. **DECLARATION OF DANIEL M. ESRICK IN SUPPORT OF DEFENDANTS WEBLOYALTY.COM, INC. AND GAMESTOP CORPORATION'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND WEBLOYALTY AND GAMESTOP'S REQUEST FOR JUDICIAL NOTICE**

were electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/James Nealon

James E. Nealon
Attorney for Defendants Webloyalty.com, Inc.
and GameStop Corporation