# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| L-S, a minor, by P.S., his parent and next friend, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> WEBLOYALTY.COM, INC., GAMESTOP CORPORATION and VISA INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 3:10-CV-1372 (CHS)

## DECLARATION OF DANIEL M. ESRICK IN SUPPORT OF DEFENDANTS WEBLOYALTY.COM, INC. AND GAMESTOP CORPORATION'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND WEBLOYALTY AND GAMESTOP'S <u>REQUEST FOR JUDICIAL NOTICE</u>

1.     I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant, Webloyalty.com, Inc. ("Webloyalty") and GameStop Corporation ("GameStop"), in the above referenced action.  I submit this declaration in support of Webloyalty and GameStop's Motion to Dismiss Plaintiff's Amended Complaint and Webloyalty and GameStop's Request for Judicial Notice.

2.     Attached hereto as <u>Exhibit A</u> is a true and correct copy of the declaration and exhibits (A-D) submitted by Webloyalty's Vice-President of Marketing, Richard Winiarski, in support of Webloyalty's Motion to Dismiss the original complaint filed on November 1, 2010 (Docket No. 17).

3.      Attached hereto as Exhibit B is a true and correct copy of a chart identifying inaccurate allegations upon which the Plaintiff's Amended Complaint is based.

4.      Attached hereto as Exhibit C  is a comparison of disclosures in *In Re Vistaprint Corp Marketing And Sales Practices Litig.*, 4:08-md-1994, 2009 WL 2884727, at *20 (S.D. Tex. 2009), aff.d *Bott v. Vistaprint USA, Inc.*, No. 09-20648, 2010 W L 3303692 (5th Cir. 2010) to Webloyalty's Enrollment Page seen by the Plaintiff when he enrolled in Webloyalty's Shopper Discounts & Rewards Program.

5.      Attached hereto as Exhibit D is a true and correct copy of the enrollment page at issue in *Baxter v. Intelius, Inc.*, No. SACV 09-1031 (MLGx), 2010 WL 3791487, *2 (C.D. Cal. 2010) ("*Baxter*").  The text on the right side of Exhibit D compares certain disclosures on the *Baxter* enrollment page to certain disclosures on the Webloyalty Enrollment Page.  The *Baxter* enrollment page is a publicly available exhibit printed from the *Baxter* case docket on the Case Management/Electronic Case Filing link on the website of the U.S. District Court for the Central District of California. (http://www.casd.uscourts.gov/cmecf/).

I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge.


Dated:  December 23, 2010

Daniel M. Esrick