# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

L-S, a minor, by Patrick Slyne, his parent and next friend, on behalf of himself and all others similarly situated,

   Plaintiff,

vs.

WEBLOYALTY.COM, INC., AMAZON.COM, INC., and VISA INC.,

   Defendants.

Case No. 3:10-CV-1372 (CHS)

## DECLARATION OF RICHARD WINIARSKI IN SUPPORT OF DEFENDANT WEBLOYALTY.COM, INC.'S MOTION TO DISMISS

I, RICHARD WINIARSKI, submit the following declaration in support of Defendant Webloyalty.com, Inc.'s ("Webloyalty") Motion to Dismiss.

1. This Declaration is based upon my personal knowledge of Webloyalty's systems and transaction processes, their relationship to the systems and processes of Gamestop, and my review of Webloyalty's records regarding Plaintiff L-S's ("Plaintiff") enrollment in Shopper Discounts & Rewards on November 27, 2009.

2. I have been employed at Webloyalty since September 2008. I am currently Vice President of Marketing, a position I have held since January 2010. Previously, I served as the company's Vice-President of Creative Services. In 2009, as part of my responsibilities, I oversaw the creative work done by Webloyalty for Gamestop.com, working directly with the marketing and account management teams. As such, I have detailed knowledge concerning the world-wide-web page flows and enrollment process that were in place for customers who joined Webloyalty's Shopper Discounts & Rewards program through the Gamestop.com website in 2009.

- 1 -

3. Attached hereto as Exhibit A is a true and accurate copy of the internet Enrollment Page on which Plaintiff enrolled in the Shopper Discounts & Rewards program ("Enrollment Page"). Each specific Shopper Discounts & Rewards enrollment page has a unique identifying number, referred to as its Campaign ID, or CPID. Webloyalty's customer service records show that Plaintiff enrolled in Shopper Discounts & Rewards through specific CPID number 12508 that corresponds to and appears at the very bottom of the Enrollment Page attached as Exhibit A. (*See also,* Exhibit D below). This is the only Enrollment Page that Plaintiff would have seen when he enrolled in the Shopper Discounts & Rewards Program.

4. Attached hereto as page one of Exhibit B is a true and accurate copy of the same Shopper Discounts & Rewards Enrollment Page (*i.e.,* Exhibit A), with additional highlighting superimposed over the text. Specifically, page one of Exhibit B includes superimposed numbers and colored ovals highlighting each of the seven billing disclosures on the Enrollment Page. Page two of Exhibit B is a true and accurate copy of the internet enrollment page viewed by the plaintiff in *In Re Vistaprint Corp. Marketing and Sales Practices Litigation*, 2009 WL 2884727 (S.D. Tex. 2009), with additional highlighting superimposed over the text. Specifically, page two of Exhibit B includes superimposed numbers and colored ovals highlighting the two billing disclosures on the *Vistaprint* enrollment page. As more fully explained in Webloyalty's accompanying memorandum of law, the plaintiff in *Vistaprint* similarly claimed that he had been unwittingly enrolled in a online consumer membership discount program – a claim that the U.S. District Court and the United States Court of Appeals for the Fifth Circuit rejected. The *Vistaprint* enrollment page is a publicly available exhibit printed from the *Vistaprint* case docket on the Case Management/Electronic Case Filing link on the website of the U.S. District Court for the Southern District of California (http://www.casd.uscourts.gov/cmecf/). The Court's opinion in *Vistaprint* is also publicly available on the same website.

5. Attached hereto as Exhibit C is a true and accurate copy of each of the seven (7) billing disclosures on the internet Enrollment Page that Plaintiff would have seen prior to his enrollment in Shopper Discounts & Rewards Program in the actual size they appear when viewed on a 17" computer monitor.

6.      Attached hereto as <u>Exhibit D</u> is a true and accurate copy of Plaintiff's account history as is reflected in Webloyalty's Customer Service Administration Tool ("CSAT") computer screen.[1] The CSAT screen shown in <u>Exhibit D</u> is the primary method of keeping such records for Plaintiff and similarly situated customers. It is maintained in the ordinary course of Webloyalty's business and is in a form that I work with frequently. <u>Exhibit D</u> indicates and confirms that the Plaintiff joined Shopper Discounts & Rewards on November 27, 2009 (the "join date"), and further states and confirms the dates upon which Plaintiff was both charged and reimbursed by Webloyalty for Plaintiff's membership. In addition, <u>Exhibit D</u> shows that Plaintiff enrolled in Shopper Discounts & Rewards through CPID 125208, as reflected in the first five digits of the campaign code listed on the CSAT and appearing to the right of the designation "Solicitation". (Identifying the campaign as 125208-gsp-sdr-pob-cof-20pin-1mf-12m-sc824-mute5651).[2]

I declare on November 1, 2010, at Norwalk, Connecticut under penalty of perjury that the foregoing statements are true and correct.

_____
RICHARD WINIARSKI

---

[1] Pursuant to Local Rule 5(e)(8), non-essential personal information (including the minor plaintiff's name, mailing address, email address and debit card information) has been redacted from <u>Exhibit D</u>. Should the Court wish to review an unredacted copy of <u>Exhibit D</u>, Webloyalty will make one available.

[2] Each component of this code describes particular details about the offer accepted by Plaintiff. For example, after the CPID, the abbreviations "gsp" and "sdr" indicates that this was a Gamestop solicitation for membership in Shopper Discounts & Rewards, "1mf" indicates that the customer will receive one month of free service, and "12m" indicates that the price to join Shopper Discounts & Rewards at this time through this solicitation was $12 per month after the trial period expired.

- 3 -



...a preferred partner of Gamestop!
**GameStop**

## Congratulations ...
### Here's your Special Offer for Gamestop customers!

Register for Shopper Discounts & Rewards℠ and start getting Cash Back at over 1000 leading online stores ... plus your $20.00 Coupon Code for your next Gamestop purchase!

### Great News ...
**Sign up to claim your benefits!** Click YES below to get your $20.00 Coupon Code for your next Gamestop purchase if you sign up for all the money saving benefits of Shopper Discounts & Rewards, the premier online savings service! Enjoy all this FREE for the next 30 days and only $12 per month thereafter billed to the credit card or deducted from the debit card you used at Gamestop today.

**Buy anything you like at Gamestop -- get a $20.00 Coupon Code from Shopper Discounts & Rewards!**



$20 $20
**$20.00 Coupon Code**
Good for your next Gamestop purchase!
Enjoy $20.00 Off Your Next Purchase just for trying Shopper Discounts & Rewards.
$20 See Offer and Billing Details below. $20
**click yes below to claim your discounts and activate your $20.00 OFF YOUR NEXT PURCHASE!**



**Get Cash Back every time you shop at more than 1000 popular online stores like ...**

adidas shop | the Body outlet
AVON | Eddie Bauer
KOHL'S | The CrayolaStore.com
MODELL'S SPORTING GOODS | drugstore
eBags | Six Flags
Footlocker.com | STARBUCKS STORE.COM
BARNES & NOBLE |

**Plus many more in our Cash Back Network!**
(Merchants subject to change)

### Member Care Guarantee
• Email Reminder Before First Monthly Charge
• Cancel Anytime Hassle-Free, Online or By Phone

**30 DAYS FREE then only $12 a month thereafter**

Get a **$20.00 Coupon Code for your next Gamestop purchase** if you sign up for all the money-saving benefits of Shopper Discounts & Rewards, the premier online savings service. Save every time you shop through our Cash Back Savings Network.

**GET CASH BACK AT OVER 1000 SITES** from top online retailers including Kohl's, Six Flags, Eddie Bauer, Modell's and more. Save every time you shop for TVs, computers, books, clothing and more... save 3%...4%...5%...even more! Shop as much as you like, there's no limit to your savings!

**IT'S AUTOMATIC!** To get your Cash Back, simply shop at over 1000 participating online stores through our Cash Back Savings Network and your Cash Back is calculated automatically. Then we send you a check every month as long as your Cash Back total is over $5.00.

**FREE SHIPPING & DISCOUNT CODES TOO!** As a member, save even more with FREE shipping deals and Discount Coupon Codes at many online stores. These deals are on top of the Cash Back, so the savings really add up!

**GET YOUR $20.00 COUPON CODE FOR YOUR NEXT GAMESTOP PURCHASE IF YOUR MEMBERSHIP IS STILL ACTIVE IN 2 DAYS!** As a member of Shopper Discounts & Rewards you get a $20.00 Coupon Code good for your next purchase made anytime within the next 3 months. After your Shopper Discounts & Rewards membership is confirmed, we'll email you your Coupon Code in about 2 days. Just make a purchase with Gamestop and enter your Coupon Code during checkout. So go ahead and save money shopping for your favorite things at Gamestop! This offer is non-transferable and limited to one per household. **Click here for details.**

So claim all your Shopper Discounts & Rewards benefits ... plus get your **$20.00 Coupon Code!** You'll get your $20.00 Coupon Code for your next Gamestop purchase and instructions on the next page so you can access the site and start saving today! Plus we'll send your Membership Kit email to you at your email address. Try all the benefits for the next 30 days FREE and see how much you save! There's no obligation to continue. If you are completely satisfied, do nothing and you'll enjoy ongoing savings for only $12 a month and of course you have our Guarantee as described in the Offer and Billing Details! There's no limit to the amount of money you can save!

 Plus you get even more than discounts... you also get valuable Best Price Guarantee Protection, Automatic Extended Service Protection and more!

**Click here for more benefit information.**

### Offer and Billing Details:
Sign up for Shopper Discounts & Rewards FREE for the next 30 days and enjoy ongoing savings for only $12 a month thereafter. Get your $20.00 Coupon Code for your next Gamestop purchase, Cash Back at over 1000 leading online stores plus all the valuable benefits of Shopper Discounts & Rewards. If you are 100% satisfied during your trial, do nothing. **All your Shopper Discounts & Rewards discounts and protection will automatically continue for just $12 a month billed by Shopper Discounts & Rewards to the credit card or deducted from the debit card you used at Gamestop today.** To get $20.00 off your next purchase at Gamestop, just make a purchase anytime within the next 3 months and redeem the $20.00 Coupon Code you'll receive in about two days after your Shopper Discounts & Rewards membership is confirmed. And, you have our Guarantee! **If at anytime you are not completely satisfied during your trial or thereafter, simply call Shopper Discounts & Rewards toll free at 1-800-889-8776 to let us know you wish to cancel your monthly membership benefits and owe nothing further. All your benefits and access will be canceled.** All the money you save is yours to keep!

Consent to receive electronic disclosures: Please read carefully and save or print a copy for your records. Shopper Discounts & Rewards will communicate your benefit and other membership information to you, including payment authorization made by clicking Yes, by electronic communications, including email and electronic postings on our site. Your Membership Kit email will also include a copy of the Offer and Billing Details for your convenience. In order to view this membership and benefit information in electronic form, you need to have access to a computer with Internet browser version IE 6.0 or Safari 1.24 or higher. In order to receive Shopper Discounts & Rewards you must agree to receive these communications electronically and by clicking Yes you consent to do so. You may withdraw this consent by canceling the service. Of course if you would also like a printed copy of any membership information you can email us at customerservice@shopperdiscountsandrewards.com to request it and we will be happy to send it at no charge. You can update your email address on the Shopper Discounts & Rewards profile page.

**Privacy Policy**

**Terms of Service**

**State Disclosures**

### Complete the information below and click YES to sign up for your membership in Shopper Discounts & Rewards

Enter the last 4 digits of your credit or debit card and your email address as your electronic signature to confirm that you have read and agree to the Offer and Billing Details and authorize Gamestop to securely transfer your name, address and credit or debit card information to Shopper Discounts & Rewards for billing after your 30 day FREE trial.

**Enter the last 4 digits of the credit or debit card you used at Gamestop today:**
[ ]

**Enter your email address here:**
[ ]

**Verify email:**
[ ]


**YES! Click here now to sign up**

**I want my Shopper Discounts & Rewards discounts plus my $20.00 Coupon Code!**

**No thanks, not right now**


VeriSign Secured
VERIFY


TRUSTe CERTIFIED PRIVACY


McAfee SECURE
TESTED DAILY 04-OCT

Offer only available to residents of the U.S., Puerto Rico and the U.S. Virgin Islands and is not available to current Shopper Discounts & Rewards members. Shopper Discounts & Rewards is owned and operated by Webloyalty.com, Inc., 101 Merritt 7, Norwalk, CT 06851. All trademarks and/or copyrights are the property of their respective owners, and unless otherwise noted, Shopper Discounts & Rewards is not affiliated with the participating merchants. Merchants participating in this program and rebate percentages are subject to change. Shopper Discounts & Rewards benefits cannot be accessed via WebTV. ©2000-2010, Webloyalty.com, Inc. 125208-0907 SDR-Comp

## Exhibit B -- Disclosures that Consumer will be Charged for Membership

### WEBLOYALTY – 7X



**VERTRUE – 2X**



## VistaPrint Rewards
A special thank you with your purchase from VistaPrint

**Thank You... please complete your survey and claim your reward —**

### $10.00 CASH BACK ON YOUR ORDER TODAY!

Thank you for your purchase from VistaPrint today! Complete your 2007 Consumer Survey and *VistaPrint Rewards*℠ registration to claim your $10.00 Cash Back Award on the VistaPrint.com purchase you made today (Click here for $10.00 Cash Back details). Plus, get all the money-saving benefits of *VistaPrint Rewards*, a premier entertainment savings program!

### MEMBER REWARDS

 **Shopping and entertainment** - 20% Savings on gift cards[1] purchased through *VistaPrint Rewards* for leading retailers such as Barnes & Noble[2], BLOCKBUSTER®, Circuit City® and many others — **for a savings of up to $1,000 per year.** Benefit Details

 **Dining** - 20% savings on gift cards/certificates[1] purchased through *VistaPrint Rewards* for popular family restaurants, including Red Lobster®, Olive Garden® and more — **for a savings of up to $160 per year.** Benefit Details

 **Movie savings** - Movie tickets for $5.50. You may purchase up to 100 tickets annually through *VistaPrint Rewards* for many popular theaters. (For tickets redeemed in Manhattan, NY, it's up to $2.50 extra at the door.) Benefit Details

 **Online Travel Agency** - Up to 30% off hotel stays and car rentals, hundreds of dollars in airfare savings plus other great vacation deals through our exclusive Online Travel Agency[3].

**1**

**Offer Details:**
Simply click "Yes" to activate your trial membership and take advantage of the great savings that *VistaPrint Rewards* has to offer plus claim your $10.00 Cash Back. The membership fee of $14.95 per month will be charged/debited by *VistaPrint Rewards* to the card you used today with VistaPrint after the 30 day FREE trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course, you can call toll-free at 1-888-243-6185 and speak to a *VistaPrint Rewards* member representative within the first 30 days to cancel — you will have paid nothing and owe nothing. Please note that by agreeing to these Offer Details you are authorizing VistaPrint to securely transfer your name, address and credit/debit card information to *VistaPrint Rewards*, a service provider of VistaPrint. No matter what, the FREE $10.00 Cash Back is yours to claim! Remember, you can call to cancel at any time and you will no longer be charged. If you used a debit card today, then beginning on or about 30 days from now, your monthly membership fee for *VistaPrint Rewards* will be automatically debited each month on or about that same date from the checking account associated with the debit card you provided today.

### $10.00 CASH BACK!

**2007 Member Survey**
Please complete your Survey below. Click on the answers you want and complete your information to claim your $10.00 Cash Back just for trying *VistaPrint Rewards* FREE for 30 days.

How do you make most of your travel-related purchases?
◉ Online  ○ Offline  ○ Both

Do you dine out at least once a month?
◉ Yes  ○ No  ○ Sometimes

Did you use a credit card or debit card today for your purchase on Vistaprint?
◉ Credit Card  ○ Debit Card

**Please enter the e-mail address you used to order from VistaPrint:**

**2**

By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details. By clicking "Yes" I have read and agree to the Offer Details and authorize VistaPrint to securely transfer my name, address and credit/debit card information to *VistaPrint Rewards*, a service provider of VistaPrint.

E-Mail
[                    ]
Confirm E-Mail
[                    ]

**Yes**
Click ONCE and wait.

No Thanks



**EXHIBIT C**

**Billing Disclosures on Webloyalty Enrollment Page at Size Viewed on 17"
Computer Monitor**



| 5 | **Offer and Billing Details:**<br>Sign up for Shopper Discounts & Rewards FREE for the next 30 days and enjoy ongoing savings for only $12 a month thereafter. Get your $20.00 Coupon Code for your next Gamestop purchase, Cash Back at over 1000 leading online stores plus all the valuable benefits of |
|---|---|
| 6 | Complete the information below and click YES to sign up for your membership in Shopper Discounts & Rewards<br><br>Enter the last 4 digits of your credit or debit card and your email address as your electronic signature to confirm that you have read and agree to the Offer and Billing Details and authorize Gamestop to securely transfer your name, address and credit or debit card information to Shopper Discounts & Rewards for billing after your 30 day FREE trial. |
| 7 | Shopper Discounts & Rewards. If you are 100% satisfied during your trial, do nothing. **All your Shopper Discounts & Rewards discounts and protection will automatically continue for just $12 a month billed by Shopper Discounts & Rewards to the credit card or deducted from the debit card you used at Gamestop today.** To get $20.00 off your next purchase at Gamestop, just make a purchase anytime within the next 3 months and redeem the $20.00 Coupon Code you'll receive in about two days after your Shopper Discounts & Rewards membership is confirmed. And, you have our Guarantee! If |

