# EXHIBIT C

Case 3:10-cv-01372-CSH   Document 40-5   Filed 12/23/10   Page 1 of 5

**EXHIBIT C**

**Comparison of Disclosures in <u>In Re Vistaprint Corp Marketing And Sales Practices Litig.</u>, 4:08-md-1994, 2009 WL 2884727, at *20 (S.D.Tex. 2009), aff'd <u>Bott v. Vistaprint USA, Inc.</u>, No. 09-20648, 2010 WL 3303692 (5th Cir. 2010) to Webloyalty Enrollment Page**

| **Vistaprint Decision (at *5)** | **Webloyalty Enrollment Page** |
|---|---|
| "Plaintiffs allege that they were deceived into believing that they could not complete their purchase unless they completed the survey. That allegation is refuted by the *VistaPrint Rewards* webpage, which ***thanks the consumer for their "purchase from VistaPrint today"*** and instructs the consumer to complete the survey and registration to claim the $10.00 cash back ***"on the VistaPrint.com purchase you made today."*** (Emphasis added).<br><br>It is clear from this language that the purchase has already been "made" by the time or the survey request and the cash back offer to the consumer. There is no contradictory language on the webpage." (Emphasis supplied).<br><br>**7 disclosures by Webloyalty that consumer will be charged for membership (see Winiarski Decl., Ex. B), but only two disclosures on Vertrue page** |  |

| **Vistaprint Decision** <br><br> **(at \*5)** | **Webloyalty Enrollment Page** |
|---|---|
| "In the box entitled "2007 Member Survey," the first sentence instructs the consumer to complete the survey and complete the email address information **_"to claim your $10.00 Cash Back just for trying VistaPrint Rewards FREE for 30 days."_** The only reasonable inference is that the consumer must try *VistaPrint Rewards,* which is free for 30 days, in order to receive the $10.00 cash back. There is no other information on the webpages that would indicate that the $10.00 cash back is for anything other than completing the survey, providing the email address, and "trying *VistaPrint Rewards"* free for 30 days." (Emphasis supplied). |  |

| **Vistaprint Decision (at \*5)** | **Webloyalty Enrollment Page** |
|---|---|

"The three survey questions are then provided in the box. After the questions and optional responses, the consumer is directed (still inside the box) to enter the email address used to place the order from VistaPrint. The language inside the box immediately below this instruction and immediately above where the consumer is to enter and confirm the email address, is the following:

***By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details. By clicking "Yes" I have read and agree to the Offer Details and authorize VistaPrint to securely transfer my name, address and credit/debit card information to VistaPrint Rewards, a service provider of VistaPrint.***

This clear language advises the consumer *before* the place for entering and confirming the email address that typing in the email address and clicking "Yes" authorizes VistaPrint to charge/debit the consumer's account according to the Offer Details, signifies that the consumer has read and agrees to the Offer Details, and authorizes VistaPrint to transfer the consumer's credit/debit card information to *VistaPrint Rewards.* Below this language is the place to type in the email address, followed by the place to confirm the email address by typing it a second time. After the places for the email address, there is a light blue oval with the word "Yes" inside, then the instruction "Click ONCE and wait." The alternative choice, "No, Thanks" is at the bottom of the Survey box. It is in blue letters and is underlined." (Emphasis supplied).

**Unlike VistaPrint, Webloyalty also required re-entry of last 4 digits of credit card to ensure consumer understanding that a commercial transaction was involved.**



| **Vistaprint Decision (at \*5-6)** | **Webloyalty Enrollment Page** |
|---|---|
| "***The Offer Details referred to in the Survey box are located immediately beside the Survey box***, and are in the same size and color as most of the print on the webpage except that ***the title "Offer Details" is in bold*** print. The Offer Details read as follows in their entirety:<br><br>Simply click "Yes" to activate your trial membership and take advantage of the great savings that *VistaPrint Rewards* has to offer plus claim your $10.00 Cash Back. ***The membership fee of $14.95 per month will be charged/debited by VistaPrint Rewards to the card you used today with VistaPrint after the 30-day FREE trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member.*** Of course, ***you can call toll-free at 1-888-243-6158 and speak to a VistaPrint Rewards member representative within the first 30 days to cancel-you will have paid nothing and owe nothing.*** Please note that by agreeing to these Offer Details you are authorizing VistaPrint to securely transfer your name, address and credit/debit card information to *VistaPrint Rewards,* a service provider of VistaPrint. No matter what, the FREE $10.00 Cash Back is yours to claim. Remember, you can call to cancel at any time and you will no longer be charged. If you used a debit card today, then beginning on or about 30 days from now, your monthly membership fee for *VistaPrint Rewards* will be automatically debited each month on or about the same date from the checking account associated with the debit card you provided today.<br><br>The language is clear and easily understandable by anyone capable of making an online purchase of business cards." (Emphasis supplied) |  |