# EXHIBIT D

**EXHIBIT D**

**Adaptive Marketing Enrollment Page Found Not Deceptive As a Matter of Law in**
***Baxter v. Intelius, Inc.***, No. SACV 09-1031 (MLGx), 2010 WL 3791487, *2 (C.D. Cal. 2010)***





Thank You your order has been successfully completed

People Lookup
Your source for locating anyone!

Take our 2008 Consumer Credit Survey and claim
**$10.00 CASH BACK** with Privacy Matters Identity℠

Complete the survey below and the short registration form to claim $10.00 Cash back as a member of *Privacy Matters Identity* FREE for 7 Days. (Click Here for Details).

Have you ever been a victim of identity theft?
◉ Yes ○ No ○ Not Sure

What card type did you use for your PeopleLookup purchase today?
◉ Credit Card ○ Debit Card

**Please type in your email address below**

By typing your email address below, it will constitute your electronic signature and is your written authorization to charge/debit your account according to the Offer Details to the right.

E-Mail Address:
[ ]

Confirm E-Mail Address:
[ ]

By clicking "Yes" I have read and agree to the Offer Details displayed to the right and authorize peoplelookup.com to securely transfer my name, address, and credit/debit card information to Privacy Matters Identity, a service provider of peoplelookup.com.

**YES**
and show me my report

No, see my report

*Privacy Matters Identity*

• **Detailed Personal Identity Profile** - Find out if you're at risk for identity theft with a complete report of your key identity information, including a current credit report, address history, aliases, background information and more.
• **24/7 Identity Monitoring and Alerts** - Help prevent identity theft before it happens to you with automatic monitoring that scans 10 billion public records daily and alerts you in advance about suspicious activity affecting your credit and public records.
• **Identity Recovery Assistance** - Let licensed investigators help you recover your identity, clear your name and restore your credit to pre-theft status if you ever become a victim of identity fraud.
• **And many other identity protection benefits**

OFFER DETAILS:
Simply click "YES" to activate your trial membership and take advantage of the great benefits that Privacy Matters Identity has to offer plus claim your $10.00 Cash Back. The membership fee of $19.95 per month will be charged/debited by Privacy Matters Identity to the credit/debit card you used today with peoplelookup.com after the 7-day trial and then automatically charged/debited each month at the then-current monthly membership fee so long as you remain a member. Of course you can call us toll-free at 1-888-840-6301 within the first 7 days to cancel-you will have paid nothing and owe nothing. Please note that by agreeing to these Offer Details you are authorizing peoplelookup.com to securely transfer your name, address, and credit/debit card information to Privacy Matters Identity. Now matter what, the FREE $10.00 Cash Back is yours to claim! Remember, Privacy Matters Identity comes with our guarantee - you can call to cancel at any time and you will no longer be charged/debited. If you used a debit card today, then beginning on or about 7 days from now, your monthly membership fee for Privacy Matter Identity will be automatically debited each month on or about the same date from the checking account associated

Disclaimers
*Privacy Matters Identity and its benefit providers are not credit repair service providers and do not receive fees for such services, nor are they credit clinics, credit repair or credit services organizations or businesses, as defined by federal and state law.

Privacy Policy | Terms and Conditions

© Copyright 2010 Privacy Matters Identity - All Rights Reserved

**Additional Enhancements on Webloyalty Enrollment Page**

• **5 disclosures of Program cost on Webloyalty Enrollment Page (***see*** Winarski Affidavit, Exs. B and C, Nos. 1, 3, 4, 5, and 7), compared to 1 disclosure on Adaptive Page.**

• **Specific Disclosure of Program Cost Proximate to "Cash Back" Offer, Webloyalty Enrollment Page (***see*** Winarski Affidavit, Exs. B and C, No. 1), compared to no such placement on Adaptive Page.**

• **Non-affiliation with merchant disclosed on Webloyalty Enrollment Page (***see*** Winarski Affidavit, Ex. D ), compared to no such disclosure on Adaptive Page.**

*See* Ex. A to Declaration of Ron Thunen III, filed on July 9, 2010 as Attachment 1 at Docket No. 83 in *Baxter v. Intelius, Inc.*, Case No.: SA CV-09-01031-AG-(MLG) (C.D. Cal. 2010).