# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| L-S, a minor, by P.S., his parent and next friend, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>vs.<br><br>WEBLOYALTY.COM, INC., GAMESTOP CORPORATION and VISA INC.,<br><br>       Defendants. | Case No. 3:10-CV-1372 (CHS)<br><br>**DEFENDANT WEBLOYALTY.COM, INC.'S REQUEST FOR JUDICIAL NOTICE**<br><br>***Oral Argument Requested*** |

## DEFENDANTS WEBLOYALTY.COM, INC. AND GAMESTOP CORPORATION'S REQUEST FOR JUDICIAL NOTICE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that, pursuant to Rule 201 of the Federal Rules of Evidence, Defendants Webloyalty.com, Inc. ("Webloyalty") and GameStop Corporation ("GameStop") (collectively, "Defendants") respectfully request that the Court take judicial notice of the following exhibits (the "Exhibits"):

    1.    A true and accurate copy of the Internet enrollment page on which the Plaintiff enrolled in the Shopper Discounts & Rewards program ("Enrollment Page"), attached as Exhibit A to the Declaration of Richard Winiarski ("Winiarski Decl."), filed concurrently with Webloyalty's Motion to Dismiss Plaintiff's Original Complaint (the "Motion to Dismiss") on November 1, 2010, and re-filed today as part of Exhibit A to the Declaration of Daniel M. Esrick ("Esrick. Decl.").

    2.    A true and accurate copy of the same internet Enrollment Page, with additional

highlighting superimposed over the text of the billing disclosures, and a true and accurate copy of the enrollment page viewed by the plaintiff in *In Re Vistaprint Corp. Marketing and Sales Practices Litigation*, MDL No. 4:08-md-1994, 2009 WL 2884727 (S.D. Tex. Aug. 31, 2009), with additional highlighting superimposed over the text of the billing disclosures (Winiarski Decl., Ex. B).

       3.     A true and accurate copy of each of the seven billing disclosures on the Enrollment Page in the actual size they appear when viewed on a 17" computer monitor (Winiarski Decl., Ex. C);

       4.     A true and accurate copy of Plaintiff's account history in Webloyalty's Customer Service Administration Tool (Winiarski Decl., Ex. D); and

       5.     A true and accurate copy of the enrollment page at issue in *Baxter v. Intelius, Inc.*, No. SACV 09-1031 AG (MLGx), 2010 WL 3791487, at *2 (C.D. Cal. Sept. 16, 2010) ("*Baxter*"), and a comparison of the disclosures on the *Baxter* enrollment page to certain disclosures on the Webloyalty Enrollment Page (Esrick Decl., Ex. D).

Dated:  December 23, 2010

    DEFENDANTS
WEBLOYALTY.COM, INC. AND
GAMESTOP CORPORATION

By:_____/s/_____
   James E. Nealon (ct 08161)
   KELLEY DRYE & WARREN LLP
   400 Atlantic Street
   Stamford, Connecticut  06901
   Tel.:  (203) 324-1400
   Fax:   (203) 327-2669
   jnealon@kelleydrye.com

James W. Prendergast (MA SBN: 553073) (*Pro hac vice*)
John J. Regan (MA SBN: 4151201) (*Pro hac vice*)
Daniel M. Esrick (MA SBN: 647676) (*Pro hac vice*)
Anant Saraswat (MA SBN: 676048)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel.: (617) 526-6000
Fax: (617) 526-5000
Email:  james.prendergast@wilmerhale.com
Email:  john.regan@wilmerhale.com
Email:  daniel.esrick@wilmerhale.com
Email:  anant.saraswat@wilmerhale.com

Niki Z. Moore (CA SBN: 244968)
950 Page Mill Road,
Palo Alto, CA 94304
Tel.:  (650) 858-6000
Fax:  (650) 858-6100
Email:  niki.moore@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2010, the following documents:

1. **DEFENDANTS WEBLOYALTY.COM, INC. AND GAMESTOP CORPORATION'S REQUEST FOR JUDICIAL NOTICE;**

2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS WEBLOYALTY.COM, INC. AND GAMESTOP CORPORATION'S REQUEST FOR JUDICIAL NOTICE**

were electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/James Nealon

James E. Nealon
Attorney for Defendants Webloyalty.com, Inc.
and GameStop Corporation