# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

L-S, a minor, by P.S., his parent and next friend, on
behalf of himself and all others similarly situated,

**APPEARANCE**

Plaintiff,

v.

WEBLOYALTY.COM, INC., GAMESTOP
CORPORATION and VISA INC.,

Defendants.

**CASE NUMBER:** 3:10-CV-1372 (CHS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant Gamestop Corporation

I certify that I am admitted to practice in this court.

| | |
|---|---|
| December 28, 2010 | _E. N_ |
| **Date** | **Signature** |
| ct08161 | James E. Nealon |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (203) 324-1400 | Kelley Drye & Warren LLP |
| **Telephone Number** | 400 Atlantic Street |
| (203) 327-2669 | **Address** |
| **Fax Number** | |
| | Stamford, CT  06901 |
| jnealon@kelleydrye.com | |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2010, a copy of the foregoing Appearance was filed electronically and served by mail on
anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic
filing system or by mail to [list names and addresses of anyone unable to accept electronic filing] as indicated on the Notice of Electronic
Filing. Parties may access this filing through the Court's CM/ECF System.

_E. N_

**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Atty-Appearance.wpd  Sept. 2008