UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| L.S., a minor, by P.S., his parent and next friend, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>WEBLOYALTY, INC., GAMESTOP CORPORATION and VISA INC.,<br><br>     Defendants. | Case No. 3:10-cv-01372 (CSH)<br><br><br><br><br><br>January 18, 2011 |

**PLAINTIFF'S CONSENTED TO MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**

  Pursuant to Local Civil Rule 7(b)(1), Plaintiff, through his counsel, hereby moves this Court for a ten (10) day extension of time, from January 28, 2011 up to and including February 7, 2011, within which to oppose or otherwise respond to the Motions to Dismiss filed by the defendants on December 23, 2010; and for a reciprocal extension of time, from February 15, 2011 to February 25, 2011, for defendants' reply briefs.

  Defendants' counsel have indicated that they consent to this requested extension of time so long as the time for their reply briefs is reciprocally extended by ten (10) days from February

15, 2011 to February 25, 2011.  This Motion is Plaintiff's first request for an extension of time in which to oppose or otherwise respond to the Defendants' Motions to Dismiss.

Dated: January 18, 2011							Respectfully submitted,


/s/ Patrick A. Klingman
James E. Miller (ct21560)
Patrick A. Klingman (ct17813)
Karen Leser-Grenon (ct23587)
Shepherd, Finkleman, Miller & Shah LLP
65 Main Street
Chester, CT 06412
(860) 526-1100
(860) 526-1120 (facsimile)
jmiller@sfmslaw.com
Pklingman@sfmslaw.com
Kleser@sfmslaw.com


Joseph H. Weiss
David C. Katz
WEISS & LURIE
1500 Broadway
New York, New York 10036
(212) 682-3025
(212) 682-3010 (facsimile)
jweiss@weisslurie.com
dkatz@weisslurie.com

**Attorneys for Plaintiff and the Proposed Class**

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/ Patrick A. Klingman
      Patrick A. Klingman (ct17813)