# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| L.S., a minor, by P.S., his parent and next friend, on behalf of himself and all others similarly situated, | ) ) ) | Case No. 3:10-cv-01372 (CSH) |
| | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| WEBLOYALTY, INC., GAMESTOP CORPORATION and VISA INC., | ) ) ) | January 19, 2011 |
| Defendants. | ) ) | |

## PLAINTIFF'S CORRECTED CONSENTED TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

Pursuant to Local Civil Rule 7(b)(1), Plaintiff, through his counsel, hereby moves this Court for a ten (10) day extension of time, from January 28, 2011 up to and including February 7, 2011, within which to oppose or otherwise respond to the Motions to Dismiss filed by the defendants on December 23, 2010; and for a reciprocal extension of time, from February 15, 2011 to March 7, 2011, for defendants' reply briefs.

Defendants' counsel have indicated that they consent to this requested extension of time so long as the time for their reply briefs is reciprocally extended by ten (10) days from February

15, 2011 to March 7, 2011.  This Motion is Plaintiff's first request for an extension of time in which to oppose or otherwise respond to the Defendants' Motions to Dismiss.

Dated: January 19, 2011                    Respectfully submitted,


                                           /s/ Patrick A. Klingman
                                           James E. Miller (ct21560)
                                           Patrick A. Klingman (ct17813)
                                           Karen Leser-Grenon (ct23587)
                                           Shepherd, Finkleman, Miller & Shah LLP
                                           65 Main Street
                                           Chester, CT 06412
                                           (860) 526-1100
                                           (860) 526-1120 (facsimile)
                                           jmiller@sfmslaw.com
                                           Pklingman@sfmslaw.com
                                           Kleser@sfmslaw.com


                                           Joseph H. Weiss
                                           David C. Katz
                                           WEISS & LURIE
                                           1500 Broadway
                                           New York, New York 10036
                                           (212) 682-3025
                                           (212) 682-3010 (facsimile)
                                           jweiss@weisslurie.com
                                           dkatz@weisslurie.com

                                           **Attorneys for Plaintiff and the Proposed Class**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 19, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Patrick A. Klingman
Patrick A. Klingman (ct17813)