# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| L. S., a minor, by P. S., his parent and next friend on behalf of himself and all others similarly similarly situated, | ) ) ) ) | Case No. 3:10-cv-01372 (CSH) |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| WEBLOYALTY.COM, INC., GAMESTOP CORPORATION and VISA INC., | ) ) ) | |
| Defendants. | ) ) ) | February 3, 2011 |

## MOTION FOR ADMISSION OF DAVID C. KATZ
### TO APPEAR AS VISITING LAWYER

Patrick A. Klingman, a member in good standing of the bar of this Court, respectfully moves, pursuant to Local Rule of Civil Procedure 83.1(d), for the admission of Attorney David C. Katz, of Weiss & Lurie, as a visiting lawyer to represent Plaintiff and other class members in the above-captioned proposed class action and any action with which this action may be consolidated.  In support of this motion, the Affidavit of Attorney Katz is attached hereto as Exhibit A.

A check for $25.00 accompanies this motion.  Service of all papers shall be made upon James E. Miller or Patrick A. Klingman at Shepherd Finkelman Miller & Shah, LLP, 65 Main Street, Chester, Connecticut 06412.

Respectfully submitted,

**THE PLAINTIFF**

James E. Miller (ct21560)
Patrick A. Klingman (ct17813)
Karen Leser-Grenon (ct23587)
Shepherd, Finkelman, Miller & Shah, LLP
65 Main Street
Chester, CT  06412
(860) 526-1100
(860) 526-1120 (facsimile)
jmiller@sfmslaw.com
pklingman@sfmslaw.com
kleser@sfmslaw.com

Joseph H. Weiss
David C. Katz
Weiss & Lurie
551 Fifth Avenue
New York, NY 10176
(212) 682-3025
(212) 682-3010 (facsimile)

His Counsel

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| L. S., a minor, by P. S., his parent and next friend on behalf of himself and all others similarly similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>WEBLOYALTY.COM, INC., GAMESTOP CORPORATION and VISA INC.,<br><br>        Defendants. | Case No. 3:10-cv-01372 (CSH)<br><br><br><br><br><br><br><br><br><br>January 31, 2011 |

## AFFIDAVIT OF DAVID C. KATZ

David C. Katz, being first duly sworn, deposes and says:

1.      I am over the age of eighteen and understand the obligation of an oath.

2.      I submit this affidavit in support of the Motion for my admission as a visiting lawyer to represent the Plaintiff in connection with the above-captioned action.

3.      I am an attorney with the law firm Weiss & Lurie.  My address, telephone number, facsimile number and e-mail address are as follows:

> 1500 Broadway, Suite 1600
> New York, NY 10036
> (212) 682-3025
> (212) 682-3010 (facsimile)
> dkatz@weisslurie.com (e-mail)

4.      I am a member in good standing of the bars of the following courts and jurisdictions: the State of New York, and the Southern and Eastern Districts of New York; The United States Court of Appeals for the First, Second, Third and Fourth Circuits.

5.      I have not been denied admission or disciplined by this Court or any other court.

6.      I have fully reviewed and am familiar with the Rules of the United States District

Court for the District of Connecticut.

Dated: January 31, 2011

David C. Katz

Subscribed and sworn to before me
this 31st day of January, 2011.

Notary Public
My Commission Expires

MARK SMILOW
Notary Public, State of New York
No. 02SM5024006
Qualified in Kings County
Commission Expires Feb. 22, 2014

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2011, copies of the foregoing Plaintiff's Motion for Admission of David C. Katz to Appear as Visiting Lawyer, together with supporting Affidavit, were sent, via email, to the following parties:

James E. Nealon
Kelley Drye & Warren
400 Atlantic St.
Stamford, CT 06901-3229
Email: jnealon@kelleydrye.com

James W. Prendergast
Wilmer Cutler Pickering Hale & Dorr
60 State St.
Boston, MA 02109
Email: james.prendergast@wilmerhale.com

Jonathan B. Orleans
Pullman & Comley
850 Main St., PO Box 7006
Bridgeport, CT 06601-7006
Email: JBOrleans@pullcom.com

Robert C Mason
Arnold & Porter
399 Park Avenue
New York, NY 10022-4690
Email: robert.mason@aporter.com

Patrick A. Klingman (ct17813)