# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

L.S., a minor, by P.S., his parent and
next friend on behalf of himself and all **APPEARANCE**
others similarly situated.

          Plaintiff,     CASE NUMBER: 3:10-cv-01372 (CHS)

     v.

WEBLOYALTY.COM, INC., GAMESTOP
CORPORATION and VISA INC.,
        Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

L.S., a minor, by P.S., his parent and next friend

I certify that I am admitted to practice in this court.

| | |
|---|---|
| February 10, 2011 | *[Signature]* |
| **Date** | **Signature** |
| phv04500 | David C. Katz |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| (212) 682-3025 | WEISS & LURIE |
| **Telephone Number** | **Address** |
| (212) 682-3010 | 1500 Broadway, Suite 1600 |
| **Fax Number** | |
| dkatz@weisslurie.com | New York, NY 10036 |
| **E-mail address** | |

## CERTIFICATE OF SERVICE

I hereby certify that on  02/10/2011 , a copy of the foregoing  Appearance  was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [list names and addresses of anyone unable to accept electronic filing] as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*[Signature]*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

                                                   Atty-Appearance.wpd Sept. 2008