UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| L-S, a minor, by P.S., his parent and next friend, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WEBLOYALTY.COM, INC., GAMESTOP CORPORATION and VISA INC.,<br><br>Defendants. | Case No. 3:10-CV-1372 (CHS) |

**DECLARATION OF DANIEL M. ESRICK IN SUPPORT OF DEFENDANTS WEBLOYALTY.COM, INC. AND GAMESTOP CORPORATION'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND REQUEST FOR JUDICIAL NOTICE**

1. I am an attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for Defendant, Webloyalty.com, Inc. ("Webloyalty") and GameStop Corporation ("GameStop"), in the above referenced action. I submit this declaration in support of Webloyalty and GameStop's Motion to Dismiss Plaintiff's Amended Complaint and Request for Judicial Notice.

2. Attached hereto as Exhibit A is a true and accurate copy of selected pages from the Transcript of the Nov. 15, 2010 Motion to Dismiss Hearing in *Berry v. Webloyalty.com, Inc., et al.*, Case No. 10-CV-1358-H (CAB) (S.D. Cal. Nov. 16, 2010).

I declare under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Dated: March 7, 2011

*[signature]*
Daniel M. Esrick