UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| L-S, a minor, by P.S., his parent and next friend, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>WEBLOYALTY.COM, INC., GAMESTOP CORPORATION and VISA INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 3:10-CV-1372 (CHS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF MEGHAN L. PIPKIN IN SUPPORT OF DEFENDANTS WEBLOYALTY.COM, INC.'S AND GAMESTOP CORPORATION'S REPLY MEMORANDUM IN SUPPORT OF WEBLOYALTY.COM, INC.'S AND GAMESTOP CORPORATION'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

    I, Meghan L. Pipkin, submit the following Declaration in support of Defendants Webloyalty.com, Inc's. ("Webloyalty) and GameStop Corporation's ("GameStop") Reply in Support of Defendants' Motion to Dismiss Plaintiff's Amended Complaint.

    1.    I have been employed at Webloyalty – which recently merged with Affinion – since April 10, 2000. I am currently Senior Director of Marketing Strategy. Previously, my title was Senior Director, Client Services and Operations, a position I held since December 2008. Prior to that, I served as the Director of Client Services. In 2009, as part of my responsibilities, I managed the technical implementations between Webloyalty's programs and that of clients, such as GameStop. Based on my work experience at Webloyalty, I have detailed knowledge about the world-wide-web page flows and enrollment process that were in place for customers who joined Webloyalty's Shopper Discounts & Rewards Program (the "Program") during 2009.

2. This Declaration is based upon my personal knowledge of Webloyalty's systems and transaction processes, their relationship to the systems and processes of GameStop, and my review of Webloyalty's records regarding the Plaintiff's enrollment and membership in the Program on November 27, 2009.

3. Attached hereto as <u>Exhibit A</u> is a true and accurate form of the acknowledgement page presented to the Plaintiff on-line immediately following his successful enrollment in the Program ("Acknowledgement Page").

4. Attached hereto as <u>Exhibit B</u> is a true and accurate copy of the email sent to the Plaintiff on November 27, 2009 to confirm his enrollment in the Program ("Join Email"). The Join Email is addressed to ▓▓▓▓▓▓▓▓, which is the email the Plaintiff supplied when enrolling in the Program. The Join Email was sent as addressed, without it being returned as undeliverable.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2011, at Norwalk, Connecticut.

_____
Meghan L. Pipkin