**Pipkin Affidavit Exhibit A**

To ensure delivery to your inbox, please add customerservice@ShopperDiscountsandRewards.com to your address book.



**Member #: 22354763029**
**Email Customer Service**

### FNAME, thanks for joining Shopper Discounts & Rewards℠!
### Start saving $ NOW!

Go to **Shopper Discounts & Rewards** for discounts at over 1000 online stores, best price guarantees on purchases, plus extended service protection and more!

### Plus, print this page for your $20.00 Coupon Code for your next Gamestop purchase.

**$20.00 Coupon Code**

Good for $20.00 off your next Gamestop purchase.

| | |
|---|---|
| Member # | 22354763029 |
| First Name | FNAME |
| Last Name | LNAME |
| Address | 123 Main St. |
| City | Anywhere |
| State | CT |
| Zip | 06851 |

**HOW TO REDEEM**

**$20.00 Coupon Code Redemption Instructions:**

Once your Shopper Discounts & Rewards membership is confirmed, your Coupon Code will be emailed to you in about 2 days. Just select the products of your choice and add them when prompted during checkout. Enter your Coupon Code on the shopping cart page. Please enter the Coupon Code exactly as it is displayed.

Your Coupon Code is good for a one-time discount of $20.00, good off the merchandise total only (shipping and tax will not be discounted). Total merchandise value must meet or exceed $20.00. If your order exceeds the amount of your Coupon Code, you must pay for the balance with a credit card.

Your $20.00 Coupon Code is redeemable on a purchase made by 1/7/2011. This offer is non-transferable and limited to one per household. Not redeemable for cash. Coupon Code is not valid on video game systems or gift card purchases.

**Get Cash Back every time you shop at more than 500 popular online stores like...**
















**Plus many more in our Cash Back Network!**

### Put cash back in your pocket ... Cash Back every day at over 500 online stores!

FNAME, money-saving discounts are just a click away at www.ShopperDiscountsAndRewards.com now that you've registered for the premier online savings service.

Whether you shop online or offline, you can save hundreds of dollars a year with **Shopper Discounts & Rewards.** Plus, you've earned a $20.00 Coupon Code for your next Gamestop purchase.

We'll send your Membership Kit email to you. Please **print this page** and your Membership Kit email in case you need them for future reference. (If you can't print that, that's okay because all information will also be in your Membership Kit email for your records.) Answers to Frequently Asked Questions are on the **Shopper Discounts & Rewards** site, or you can email questions to **CustomerService@ShopperDiscountsAndRewards.com.**


**Save Online!**
Click here

**Get Cash Automatically from Shopper Discounts & Rewards** at over 1000 leading online stores like Kohl's, Six Flags, Eddie Bauer, Modell's and more. There's no limit to the cash you get back and we'll send your checks automatically. It's so easy!
**See How it Works.**

**Get Best Price Guarantees from Shopper Discounts & Rewards** on all your qualifying purchases when you shop... online and offline. You must get the absolute BEST price, or we'll give you CASH BACK -- up to $100.00 per claim and up to $2,000.00 a year.
**See How it Works.**

**Get Extended Service Protection from Shopper Discounts & Rewards.** We'll automatically DOUBLE the manufacturer's warranties up to one additional year on all your qualifying purchases.
**See How it Works.**

**Get Damage, Theft & Loss Protection from Shopper Discounts & Rewards** so you can enjoy worry-free shopping and added peace of mind. All your qualifying purchases are protected from the second you complete your transaction, and for 90 days after. If your purchase gets stolen or damaged, you'll be covered!
**See How it Works.**

**Get Delivery Guarantees from Shopper Discounts & Rewards.** If your qualifying purchase made from a catalog or online retailer gets lost or stolen during shipping, we'll cover it!
**See How it Works.**

**MORE WAYS TO SAVE at Shopper Discounts & Rewards.** As a Shopper Discounts & Rewards member you can also enjoy special offers on a variety of products and services.
**See current deals!**

**$10.00 Monthly Member Bonus on a Gamestop Purchase!** As a member of Shopper Discounts & Rewards, you can enjoy ongoing savings when you make a purchase at Gamestop with a $10.00 Member Bonus each and every month, up to $120.00 per year, for as long as you remain a Shopper Discounts & Rewards member.

**We've made it easy for you** -- just click on any of the **Shopper Discounts & Rewards** links on this page and you'll be automatically logged into our site and will not have to enter your Email Address or Password to login. (Or you can type our Web site name into your Web browser, and enter your Email Address and Password to login.) **Change your password.** Make sure it's easy to remember!

| | |
|---|---|
| Your Email Address: | testmember6553_125208@0donnell.com |
| Your Password: | TULIP34TILLER |


**Get my Discounts & Benefits Now!**
Click here

### YOUR PROFILE AND CONTACT INFORMATION

Your current profile and contact information are listed here. If any of your information is incorrect or incomplete, you can update it now or anytime on your Member Profile page at the Shopper Discounts & Rewards Web site by clicking here **Shopper Discounts & Rewards.**

| | |
|---|---|
| Member #: | 22354763029 |
| First Name: | FNAME |
| Last Name: | LNAME |
| Street Address: | 123 Main St. |
| City: | Anywhere |

State:          CT
Zip Code:       06851
Email:          testmember6553_125208@0donnell.com

**OFFER AND BILLING DETAILS -- CONFIRMATION FOR YOUR RECORDS**
For your records, this confirms the Offer and Billing Details for your membership in Shopper Discounts & Rewards. Enjoy all your Shopper Discounts & Rewards benefits FREE for 30 days through 11/5/10. If you are 100% satisfied during your trial do nothing and your benefits will automatically continue for just $12 a month billed by Shopper Discounts & Rewards to the credit or debit card you authorized (MASTERCARD, 3685). Your next billing date is 11/6/10 and your $12 monthly fee will show on your card statement as billed by SHOPPER DISCOUNTS 1-800-889-8776.

If at any time you are not completely satisfied, simply call Shopper Discounts & Rewards at 1-800-889-8776 (EST Monday - Friday 8:00 am to 11:00 pm, Saturday 9:00 am to 6:00 pm and Sunday 9:00 am to 5:00 pm) to let us know you wish to cancel your monthly membership and owe nothing further. All your benefits and access will be canceled. If you have any questions or comments, please contact CustomerService@ShopperDiscountsAndRewards.com.

Sincerely,

*Marty Isaac*

Marty Isaac
Senior Vice President
Shopper Discounts & Rewards
CustomerService@ShopperDiscountsAndRewards.com

**Click for Discounts & Benefits** ▶         

$20 Coupon Code | Online Cash Back | Best Price Guarantee | Extended Service Protection | Damage, Theft & Loss Protection | Delivery Guarantee | $10 Monthly Member Bonus