**From:** Customer Service - IC SDR
**Sent:** Friday, November 27, 2009 7:52 PM
**To:**
**Subject:** As requested your Membership Kit and Billing Details for Shopper Discounts & Rewards





OFFER AND BILLING DETAILS -- CONFIRMATION FOR YOUR RECORDS
For your records, this confirms the Offer and Billing Details for your membership in Shopper Discounts & Rewards. Enjoy all your Shopper Discounts & Rewards benefits FREE for 30 days through 12/26/2009. If you are 100% satisfied during your trial do nothing and your benefits will automatically continue for just $12 a month billed by Shopper Discounts & Rewards to the credit or debit card you authorized (Visa, ████████████). Your next billing date is 12/27/2009 and your $12 monthly fee will show on your card statement as billed by SHOPPER DISCOUNTS 1-800-889-8776.

If at any time you are not completely satisfied, simply call Shopper Discounts & Rewards at 1-800-889-8776 (EST Monday - Friday 8:00 am to 11:00 pm, Saturday 9:00 am to 6:00 pm and Sunday 9:00 am to 5:00 pm) to let us know you wish to cancel your monthly membership and owe nothing further. All your benefits and access will be canceled. If you have any questions or comments, please contact customerservice@shopperdiscountsandrewards.com.

| Shopping | Protection | Extra Rewards | Customer Care |
|---|---|---|---|
| Store Categories | Best Price Guarantee | More Ways to Save | FAQ |
| All Stores | Extended Service Protection | $20.00 Coupon Code | Privacy Policy |
| Coupons | Delivery Guarantee | $10 Monthly Bonus | Change Password |
| Shipping Deals | Damage Theft Protection | | Terms of Service |
| Savings Key | Credit Card Fraud Protection | | Member Profile |
| | | | Contact Us |

You can view the Billing Details of your membership on your Member Profile page. For questions, email customer service or call 1-800-889-8776. To use your benefits visit Shopper Discounts & Rewards.
56295/115