# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| L.S., a minor, by P.S., his parent and next friend, on behalf of himself and all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>WEBLOYALTY.COM, INC., GAMESTOP CORPORATION and VISA INC., )<br><br>Defendants. ) | )<br>)<br>)  Case No. 3:10-cv-01372 (CSH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  March 17, 2011<br>) |

## PLAINTIFF'S MOTION TO STRIKE

Plaintiff L.S., by P.S., his parent and next friend, hereby respectfully moves the Court, pursuant to Federal Rule of Civil Procedure 12(f), to strike the Declarations of Richard Winiarski and Meghan Pipkin, together with all documents attached thereto, which were filed by defendants Webloyalty.com, Inc. ("Webloyalty") and GameStop Corporation ("GameStop") in support of their joint motion to dismiss.  Those declarations should be stricken for all of the reasons discussed in plaintiff's accompanying Memorandum of Law, including:

(1)  Webloyalty's numerous filings of internal documents is unfair, prejudicial and improper given that it has utterly refused to produce the other relevant documents in its possession or otherwise provide any discovery to plaintiff.  Webloyalty is plainly and unfairly wielding the discovery stay it sought as both a sword and a shield.

ORAL ARGUMENT REQUESTED

(2)     The documents attached to the declarations are not cited in, attached, or integral to plaintiff's Amended Complaint (the "Complaint") and are not properly considered on a Motion to Dismiss.

(3)     The documents attached to the declarations are disputed, are not authenticated and at least one such document is demonstrably inauthentic.

(4)     The documents attached to the declarations are documents that are not in plaintiff's possession.

(5)     The declarations are not made on personal knowledge.

(6)     The declarations, together with the attached documents, are immaterial.

WHEREFORE, for all of the foregoing reasons, as well as those set forth in Plaintiff's supporting Memorandum of Law, and such further evidence and arguments that may be adduced at the hearing of this matter, Plaintiff respectfully moves that the Court enter an Order striking the Declarations of Richard Winiarski and Meghan Pipkin, together with all documents attached thereto, along with such other, further, and different relief as the Court deems just, equitable, and proper.

Dated: March 17, 2011                          **The Plaintiff**

                                               /s/ David C. Katz
                                               Joseph H. Weiss
                                               David C. Katz (phv04500))
                                               WEISS & LURIE
                                               1500 Broadway
                                               New York, New York 10036
                                               (212) 682-3025
                                               (212) 682-3010 (facsimile)
                                               jweiss@weisslurie.com
                                               dkatz@weisslurie.com

2

James E. Miller (ct21560)
Patrick A. Klingman (ct17813)
Karen Leser-Grenon (ct23587)
Shepherd, Finkleman, Miller & Shah LLP
65 Main Street
Chester, CT 06412
(860) 526-1100
(860) 526-1120 (facsimile)
jmiller@sfmslaw.com
Pklingman@sfmslaw.com
Kleser@sfmslaw.com


His Counsel

## CERTIFICATE OF SERVICE

In hereby certify that on March 17, 2011, a copy of foregoing Plaintiff's Motion to Strike was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by the operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ David C. Katz

David C. Katz (pvh04500)
Weiss & Lurie
1500 Broadway
New York, New York 10036
Phone:  (212) 682-3025
Fax:  (212) 682-3010
dkatz@weisslurie.com