## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DAVID D. SCHUMANN, KEITH W. SCHUMANN and HEIDI SCHUMANN, | ) ) ) | |
| Plaintiffs, | ) ) | No. 3:11-cv-00888-WWE |
| v. | ) ) | |
| DOUGLAS D. SCHUMANN and P-Q CONTROLS, INC. | ) ) ) | |
| Defendants. | ) ) | February 15, 2012 |

## **APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance in the above-captioned case as counsel for Plaintiffs, David D. Schumann, Keith W. Schumann and Heidi Schumann. I hereby certify that I am admitted to practice in this Court.

                                        By: /s/ Karen M. Leser-Grenon
                                              Karen M. Leser-Grenon (ct23587)
                                              Shepherd Finkelman Miller & Shah, LLP
                                              65 Main Street
                                              Chester, CT 06412
                                              Telephone: (860) 526-1100
                                              Facsimile: (860) 526-1120
                                              Email: kleser@sfmslaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 15, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/ Karen M. Leser-Grenon
      Karen M. Leser-Grenon (ct23587)