## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| L.S., a minor, by P.S., his parent and next friend, on behalf of himself and all others similarly situated, | ) ) ) | Case No. 3:10-cv-01372 (CSH) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WEBLOYALTY.COM, INC., GAMESTOP CORPORATION and VISA INC., | ) ) | |
| | ) | |
| Defendants. | ) | February 15, 2012 |
| | ) | |

## APPEARANCE

Please enter the appearance of the undersigned as counsel for Plaintiff, L-S, a minor, by

P.S., his parent and next friend, in connection with the above-captioned action.

Respectfully submitted,

/s/ Laurie Rubinow
Laurie Rubinow (ct27243)
lrubinow@sfmslaw.com
**Shepherd Finkelman Miller & Shah, LLP**
65 Main Street
Chester, CT 06412
Telephone:  (860) 526-1100
Facsimile: (860) 526-1120

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Laurie Rubinow
Laurie Rubinow (ct27243)
**Shepherd Finkelman Miller & Shah, LLP**
65 Main Street
Chester, CT 06412
Telephone:  (860) 526-1100
Facsimile: (860) 526-1120
Email: lrubinow@sfmslaw.com