IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| L.S., a minor, by P.S., his parent and next friend, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>WEBLOYALTY.COM, INC., GAMESTOP CORPORATION and VISA INC.,<br><br>        Defendants. | Case No. 3:10-cv-01372 (CSH)<br><br><br><br><br><br><br><br><br><br>February 15, 2012 |

## APPEARANCE

Please enter the appearance of James E. Miller (ct21560) as counsel for Plaintiff, L-S, a minor, in connection with the above-captioned action.

                            Respectfully submitted,

                            /s/James E. Miller
                            James E. Miller (ct21560)
                            jmiller@sfmslaw.com
                            **Shepherd Finkelman Miller & Shah, LLP**
                            65 Main Street
                            Chester, CT 06412
                            Telephone:  (860) 526-1100
                            Facsimile: (860) 526-1120

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      /s/ James E. Miller
James E. Miller (ct21560)
**Shepherd Finkelman Miller & Shah, LLP**
65 Main Street
Chester, CT 06412
Telephone:  (860) 526-1100
Facsimile: (860) 526-1120
Email: jmiller@sfmslaw.com