UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| L. S., a minor, by P. S., his parent and next friend on behalf of himself and all others similarly similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>WEBLOYALTY.COM, INC., GAMESTOP CORPORATION and VISA INC.,<br><br>           Defendants. | Case No. 3:10-cv-01372 (CSH)<br><br><br><br><br><br><br><br><br><br><br>June 18, 2012 |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Patrick A. Klingman respectfully moves, pursuant to Local Civil Rule 7(e), for leave to withdraw his appearance for Plaintiff in connection with the above-captioned action. Colleagues at Shepherd, Finkelman, Miller & Shah, LLP with appearances in this matter, together with co-counsel, will continue to represent Plaintiff.

           Respectfully submitted,

           **THE PLAINTIFF**

            /s/  Patrick A. Klingman
           James E. Miller (ct21560)
           Patrick A. Klingman (ct17813)
           Karen Leser-Grenon (ct23587)
           Laurie Rubinow (ct27243)
           Shepherd, Finkelman, Miller & Shah, LLP
           65 Main Street
           Chester, CT  06412
           (860) 526-1100
           (860) 526-1120 (facsimile)
           jmiller@sfmslaw.com
           pklingman@sfmslaw.com
           kleser@sfmslaw.com
           lrubinow@sfmslaw.com

Joseph H. Weiss
David C. Katz
Weiss & Lurie
551 Fifth Avenue
New York, NY 10176
(212) 682-3025
(212) 682-3010 (facsimile)

His Counsel

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 18, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      /s/ Patrick A. Klingman
Patrick A. Klingman (ct17813)