THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| L-S, a minor, by P.S., his parents and next friend, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WEBLOYALTY.COM, INC., GAMESTOP CORPORATION and VISA INC.,<br><br>Defendants. | Case No.: 3:10-CV-1372 (CHS) |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), attorney Daniel M. Esrick, of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, moves to withdraw his appearance on behalf of Defendants Webloyalty.com, Inc. ("Webloyalty") and GameStop Corporation ("GameStop"). As of October 1, 2013, Mr. Esrick will no longer be associated with Wilmer Cutler Pickering Hale and Dorr LLP. Defendants Webloyalty and GameStop remain represented by Wilmer Cutler Pickering Hale and Dorr LLP and Kelley Drye & Warren LLP.

Dated: September 25, 2013

                                        Respectfully Submitted,

                                        /s/ Daniel M. Esrick_____
Daniel M. Esrick, admitted *pro hac vice*
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
Email: daniel.esrick@wilmerhale.com

James E. Nealon, Esq. (ct 08161)
KELLEY DRYE & WARREN LLP
400 Atlantic Street
Stamford, CT 0690
Phone: (203) 324-1400
Fax: (203) 327-2669
Email: jnealon@kelleydrye.com

*Attorneys for Defendants Webloyalty.com, Inc. and Gamestop Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2013, a copy of the foregoing document was served on all counsel of record via the Court's ECF filing system.

/s/ Daniel M. Esrick
Daniel M. Esrick, admitted *pro hac vice*