# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| L.S., a minor, by P.S., his parent and next friend, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>WEBLOYALTY, INC., GAMESTOP CORPORATION and VISA INC.,<br><br>      Defendants. | Case No. 3:10-cv-01372 (CSH) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff L.S., a minor, by P.S., his parent and next friend, in the captioned case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment entered in this action on the 19th day of October 2015, and the Orders granting Defendants' Motions to Dismiss entered in this action on the 15th day of October, 2015 and the 17th day of July, 2014. True and correct copies of the Final Judgment and Orders cited above are attached as Exhibits 1, 2, and 3 hereto, respectively.

Dated: November 12, 2015

           /s/ David C. Katz
         David C. Katz (PHV 04500)
         Joseph H. Weiss
         WEISSLAW LLP
         1500 Broadway
         New York, NY   10036
         Telephone:  (212) 682-3025
         Facsimile:   (212) 682-3010
         jweiss@weisslawllp.com
         dkatz@weisslawllp.com

        James E. Miller  (ct21560)
        Laurie Rubinow (ct27243)
        Karen M. Leser Grenon (ct27243)
        Shepherd, Finkelman, Miller & Shah, LLC
        65 Main Street
        Chester, CT   06412
        Telephone:  (860) 526-1100
        Facsimile:   (860) 526-1120
        jmiller@sfmslaw.com
        lrubinow@sfmslaw.com
        kleser@sfmslaw.com

*Counsel for Plaintiff-Appellant*